UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Berl McKinnie, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 9588 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | John R. Blakey |
| Thomas J. Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, THOMAS DART, Sheriff of Cook County, and COOK COUNTY, ILLINOIS through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by and through one of her assistants, Nicholas E. Cummings, pursuant to Federal Rule of Civil Procedure 56, and Local Rule 56.1, moves this Honorable Court to grant summary judgment in favor of Defendants, and against Plaintiff on all claims. In support, Defendants submit the attached *Rule 56.1 Statement of Material Uncontested Facts, Memorandum of Law,* and *Exhibits*.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: */s/ Nicholas E. Cummings*
Nicholas E. Cummings
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-6638
nicholas.cummings@cookcountyil.gov