IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Berl McKinnie, | ) |
|     *Plaintiff,* | ) |
| -vs- | ) No. 14-cv-09588 |
| | ) *(Judge Blakey)* |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) |
|     *Defendants.* | ) |

## STIPULATION OF DISMISSAL

It is stipulated between the parties, by their respective undersigned counsels, that this action may be dismissed with prejudice and without costs.

/s/ <u>Joel A. Flaxman</u>
Joel A. Flaxman
ARDC No. 6292818
200 S Michigan Ave, Ste 201
Chicago, IL 60604
*an attorney for plaintiff*

/s/ <u>Nicholas E. Cummings (by consent)</u>
Nicholas E. Cummings, ASA
500 Daley Center
Chicago, IL 60602
*an attorney for defendants*