## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Berl McKinnie

                      Plaintiff,

v.                                                Case No.: 1:14−cv−09588
                                                Honorable John Robert Blakey

Thomas Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2015:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the parties' stipulation of dismissal [70], this case is hereby dismissed with prejudice. The 10/30/15 final pretrial conference date and 11/16/15 jury trial date are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.